69051. DANIEL v. GEORGIA RAILROAD BANK & TRUST COMPANY et al.
(342 SE2d 27)

McMURRAY, Presiding Judge.

In *Daniel v. Ga. R. Bank & Trust Co.*, 255 Ga. 29 (334 SE2d 659), the Supreme Court reversed our decision in *Daniel v. Ga. R. Bank & Trust Co.*, 173 Ga. App. 888 (328 SE2d 552), wherein we affirmed the trial court. Accordingly, our decision in *Daniel v. Ga. R. Bank & Trust Co.*, 173 Ga. App. 888, supra, is hereby vacated and the judgment of the Supreme Court is made the judgment of this court.

*Judgment reversed. Deen, P. J., and Sognier, J., concur.*

DECIDED FEBRUARY 12, 1986.

*Joseph R. Neal, William H. Lumpkin, Jay M. Sawilowsky*, for appellant.
*David K. Whatley, Charles Buker*, for appellees.